## HJS EMISSIONS TECHNOLOGY GMBH & CO. KG, Johnson Matthey PLC, Daimler AG, Appellants

v.

## BASF CORPORATION, Appellee

2016-2440
2016-2441

United States Court of Appeals,
Federal Circuit.

July 19, 2017

JENNIFER LORAINE SWIZE, Jones Day, Washington, DC, argued for appellants. Also represented by DANIEL KAZHDAN.

MICHAEL HAWES, Baker Botts LLP, Houston, TX, argued for appellee. Also represented by SANDRA LEE, New York, NY.

(Prost, Chief Judge, Newman and Linn, Circuit Judges).

### JUDGMENT

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**